# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 CV 367

| | | |
|---|---|---|
| KAREN K. JONES | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| TRUSTEES OF ISOTHERMAL | ) | |
| COMMUNITY COLLEGE, WALTER | ) | |
| DALTON, KIMBERLY GOLD, and | ) | |
| STEPHEN MATHENY | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court upon the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 5) filed by Matthew J. Gilley. The Motion indicates that Mr. Gilley, a member in good standing of the Bar of this Court, is local counsel for Defendants and that he seeks the admission of Brian Novak McCracken, who the Motion represents as being a member in good standing of the Bar of South Carolina. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 5) and **ADMITS** Brian Novak McCracken to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 31, 2019

W. Carleton Metcalf
United States Magistrate Judge