Karen Jones
201 Fairforest Dr.
Rutherfordton, NC
28139

RECEIVED
ASHEVILLE, N.C.

MAY 20 2020

Clerk, U.S. Dist. Court
W. Dist. of N.C.

United States District Court
Western Division
100 Otis St., Room 309
Asheville, NC 28801