Karen K. Jones
201 Fairforest Dr.
Rutherfordton, NC
28139

May 26, 2020

RECEIVED
ASHEVILLE, N.C.

MAY 26 2020

Clerk, U.S. Dist. Court
W. Dist. of N.C.

United States District Court
Western District of NC
Asheville Division
100 Otis St. Room 309
Asheville, NC 28801