THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00367-MR-WCM

| | |
|---|---|
| **KAREN K. JONES,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **TRUSTEES OF ISOTHERMAL** ) | |
| **COMMUNITY COLLEGE, WALTER** ) | |
| **DALTON, KIMBERLY GOLD, and** ) | |
| **STEPHEN MATHENY,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on several filings related to the withdrawal and/or termination of the Plaintiff's counsel. [Docs. 26, 27, 28].

In light of the Order enforcing the parties' settlement agreement and thereby terminating this action that has been entered contemporaneously herewith, the Plaintiff's requests for permission to terminate her counsel and counsel's motion in turn to withdraw from representing the Plaintiff in these proceedings are now moot, as such representation automatically terminated with the Order enforcing the parties' settlement agreement.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's "Termination of Attorneys" [Doc. 26]; the Motion to Withdraw of Attorneys Michael Paul Thomas and Molly Simpson Gross [Doc. 27]; and the Plaintiff's "Notice and Motion to Terminate Attorney Michael P. Thomas, Esq. and Molly Simpson Gross, Esq. and Notice of Plaintiff's Intent to Proceed in [sic] Pro Se" [Doc. 28] are all **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: June 29, 2020

Martin Reidinger
Chief United States District Judge